**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **MIGUEL ANGEL ROBLES VILLAVICENCIO #A233-869-996** | **CIVIL ACTION NO. 1:26-CV-02164 SEC P** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **CENTRAL LOUISIANA I C E PROCESSING CENTER ET AL** | **MAGISTRATE JUDGE DAVID J. AYO** |

# JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (Rec. Doc. 4), noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Petition for Writ of Habeas Corpus (Rec. Doc. 1) is **DENIED** and **DISMISSED WITHOUT PREJUDICE**.

**THUS, DONE AND SIGNED** in Chambers on this 24th day of August, 2026.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**